FILED - MQ
May 9, 2013 12:51 PM

TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: __pjc____Scanned by __pjc____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

DALE S. DAKOTA, Personal Representative of the ESTATE OF DALE J. DAKOTA,

Plaintiff,

v

STEPHEN A. CULLINAN, M.D., HEALTH PROFESSIONALS, LTD., BRENT BENSON, ABRAM VARONI, C.R. FISH, BARB PROCESS, DAVE HILL, and JULIE SAXON,

Defendants.

File No: 2:12-cv-275

Hon. R. Allan Edgar

## Order Approving Wrongful Death Settlement And for Authority To Distribute Wrongful Death Proceeds

The amended motion to approve the wrongful death settlement and for authority to distribute settlement proceeds from the wrongful death settlement brought by Dale S. Dakota, personal representative of the Estate of Dale J. Dakota, was heard on 9 May, 2013.

Based on the testimony at the hearing, the representations made by the parties, and otherwise being fully advised, it is ordered:

The proposed wrongful death settlement is fair and reasonable. Dale S. Dakota, personal representative of the Estate of Dale J. Dakota may execute appropriate documents releasing the defendants from all liability.

The proceeds from the wrongful death settlement shall be distributed as follows:

(a) $97,259.03 be paid to Petrucelli & Waara, P.C., for expenses and its attorney fee for prosecuting the wrongful death action;

(b) $1,428.35 be paid to Dale S. Dakota as reimbursement for funeral expenses he paid for Dale J. Dakota;

(c) $1,428.35 be paid to Connie Vandemark as reimbursement for funeral expenses she paid for Dale J. Dakota;

(d) $49,961.43 be paid to Kayla Lynn Dakota as compensation for her losses associated with the death of Dale J. Dakota;

(e) $49,961.42 be paid to Deija Rae Dakota as compensation for her losses associated with the death of Dale J. Dakota;

(f) $49,961.42 be paid to Keira Leeann Dakota as compensation for her losses associated with the death of Dale J. Dakota.

The monies allocated to Kayla Lynn Dakota, Deija Rae Dakota, and Keira Leeann Dakota will be held in the Petrucelli & Waara, P.C., trust account until conservatorships are established for each child and as soon as they are, the monies shall be distributed to their conservators.

Dated: May 9, 2013

_____
Timothy P. Greeley
United States District Court Judge